In the Matter of the Petition of JAMES J. COUGHLIN, Respondent, for Probate of the Will of PATRICK DALY, Deceased.

ANNIE McGRATH, Appellant; ANNIE FARRELL, Respondent.

*Matter of Coughlin* (*Daly*), 171 App. Div. 662, affirmed.
(Submitted March 6, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 28, 1916, which affirmed a decree of the Kings County Surrogate's Court admitting to probate the will of Patrick Daly, deceased, and construing the 4th paragraph thereof. The surrogate held that the name "Annie McGrath" had been inserted therein by error, and that "Annie Farrell" was intended, and that she, therefore, was entitled to one-half of the residuary estate.

*George Parr, Charles F. Murphy* and *Walter L. Post* for appellant.

*M. F. McGoldrick* for James J. Coughlin, respondent.

*William S. Butler* for Annie Farrell, respondent.

Order affirmed, with costs to respondents payable out of the estate, on opinion of PUTNAM, J., below.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Absent: McLAUGHLIN, J.